Daniel R. Guadalupe (drguadalupe@norris-law.com)
**NORRIS McLAUGHLIN, P.A.**
721 Route 202/206, Suite 200
P.O. Box 5933
Bridgewater, New Jersey 08807
(908) 722-0700
Fax: (908) 722-0755

John E. Schmidtlein (jschmidtlein@wc.com)
Benjamin M. Greenblum (bgreenblum@wc.com)
Admitted *pro hac vice*
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000

*Attorneys for Defendant Celgene Corporation*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HUMANA INC., <br><br> Plaintiff, <br><br> v. <br><br> CELGENE CORPORATION, <br><br> Defendant. | Civil No. 2:19-CV-07532-ES-MAH <br> Hon. Esther Salas, U.S.D.J. <br> Hon. Michael A. Hammer, U.S.M.J. <br><br> **NOTICE OF MOTION TO DISMISS THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)** <br><br> Motion Date: Date and Time as Determined by the Court <br><br> ORAL ARGUMENT REQUESTED <br><br> **DOCUMENT FILED ELECTRONICALLY** |

TO: Uriel Rabinovitz (urabinovitz@lowey.com)
Peter D. St. Phillip, Jr. (pstphillip@lowey.com)
**LOWEY DANNENBERG, PC**
44 South Broadway, Suite 1100
White Plains, NY 10601
914-997-0500

**PLEASE TAKE NOTICE** that on a date to be determined by the Court, the undersigned, attorneys for Defendant Celgene Corporation, will move to dismiss before the District Court, at the United States District Court, District of New Jersey, Martin Luther King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, all counts alleged in Humana's Complaint.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion Defendant will rely upon its Memorandum of Law in Support of Its Motion to Dismiss; the Declaration of Benjamin M. Greenblum and exhibits thereto; the Certification of Daniel R. Guadalupe attaching Unpublished Opinions; and the Certification of Service.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order accompanies these papers.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 78.1(b), Defendant requests oral argument.

Dated: May 22, 2019                                         Respectfully submitted,

/s/ Daniel R. Guadalupe
Norris McLaughlin, P.A.
400 Crossing Blvd., Eighth Floor
P.O. Box 5933
Bridgewater, N.J. 08807
Tel: (908) 722-0700
Fax: (908) 722-0755
drguadalupe@norris-law.com

/s/ John E. Schmidtlein
John E. Schmidtlein
Benjamin M. Greenblum
Admitted *pro hac vice*
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
jschmidtlein@wc.com
bgreenblum@wc.com

*Attorneys for Defendant Celgene Corp.*