## APPENDIX A – Limitation Periods for Humana's State Law Claims

| State | Antitrust Statute (Counts II, III) SOL Period | Citation | Consumer Protection Statute (Count III) SOL Period | Citation | Unjust Enrichment (Count V) SOL Period | Citation |
|---|---|---|---|---|---|---|
| Alabama | n/a[1] | | n/a | | 6 yrs | *Auburn Univ. v. Int'l Bus. Machines, Corp.*, 716 F. Supp. 2d 1114, 1118 (M.D. Ala. 2010) (noting that if the claim sounds in tort, a two-year limitations period applies). |
| Alaska | n/a | | n/a | | 3 yrs | *Domke v. Alyeska Pipeline Serv. Co., Inc.*, 137 P.3d 295, 303 n.18 (Alaska 2007) |
| Arizona | 4 yrs | Ariz. Rev. Stat. § 44-1410(A) | 1 yr | Ariz. Rev. Stat. § 12-541(5) | 4 yrs | Ariz. Rev. Stat. § 12–550[2] |
| Arkansas | n/a | | 5 yrs | Ark. Code § 4-88-115 | 3 yrs | Ark. Code § 16-56-105 |
| California | 4 yrs | Cal. Bus. & Prof. Code § 17208 | 4 yrs | Cal. Bus. & Prof. Code § 17208 | 3 yrs | Cal. Civ. Proc. Code § 338 |

---

[1] "n/a" denotes that no such claim is being asserted.
[2] Some courts read the statute to impose a three-year limitations period. *See Cavan v. Maron*, 182 F. Supp. 3d 954, 964 (D. Ariz. 2016).

# APPENDIX A – Limitation Periods for Humana's State Law Claims

| State | Antitrust Statute (Counts II, III) SOL Period | Citation | Consumer Protection Statute (Count III) SOL Period | Citation | Unjust Enrichment (Count V) SOL Period | Citation |
|---|---|---|---|---|---|---|
| Colorado | n/a | | 3 yrs | Colo. Rev. Stat. § 6-1-115 | 3 yrs | Colo. Rev. Stat. § 13-80-101[3] |
| Connecticut | n/a | | n/a | | 6 yrs | *Mahon v. Chicago Title Ins. Co.*, No. 3:09CV00690 AWT, 2012 WL 3544883, at *2 n.1 (D. Conn. Aug. 16, 2012) |
| Delaware | n/a | | n/a | | 3 yrs | Del. Code tit. 10, § 8106 |
| D.C. | 4 yrs | D.C. Code. § 28-4511(b) | 3 yrs | D.C. Code § 12-301(8) | 3 yrs | D.C. Code § 12-301 |
| Florida | 4 yrs | Fla. Stat. § 542.26(1) | 4 yrs | Fla. Stat. § 95.11(3)(f) | 4 yrs | Fla. Stat. § 95.11(3)(k) |
| Georgia | n/a | | n/a | | 4 yrs | Ga. Code § 9-3-26 |
| Hawaii | 4 yrs | Haw. Rev. Stat. § 480-24 | n/a | | 6 yrs (laches) | *Small v. Badenhop*, 701 P.2d 647, 657–58 (Haw. 1985) |
| Idaho | n/a | | 2 year | Idaho Code § 48-619 | 4 yrs | *Witt v. Jones*, 722 P.2d 474, 478 (Idaho 1986) |

---

[3] To the extent an unjust enrichment claim sounds in tort, the limitations period is instead two years. *Crespo-Gutierrez v. Resendiz Ramirez*, No. 16-CV-01028-GPG, 2016 WL 9441427, at *4 (D. Colo. Sept. 23, 2016); Colo. Rev. Stat. § 13-80-102.

# APPENDIX A – Limitation Periods for Humana's State Law Claims

| State | Antitrust Statute (Counts II, III) SOL Period | Citation | Consumer Protection Statute (Count III) SOL Period | Citation | Unjust Enrichment (Count V) SOL Period | Citation |
|---|---|---|---|---|---|---|
| Illinois | 4 yrs | 740 Ill. Comp. Stat. 10/7(2) | 3 yrs | 815 Ill. Comp. Stat. § 505/10a(3)(e) | 5 yrs | 735 Ill. Comp. Stat. 5/13–205 |
| Indiana | n/a | | 2 yrs | Ind. Code § 24-5-0.5-5(b) | n/a | |
| Iowa | 4 yrs | Iowa Code § 553.16(2) | n/a | | 5 yrs | Iowa Code § 614.1 |
| Kansas | n/a | | 3 yrs | Kan. Stat. § 60-512(2) | 3 yrs | Kan. Stat. § 60-512 |
| Kentucky | n/a | | n/a | | 5 yrs | Ky. Rev. Stat. § 413.120 |
| Louisiana | n/a | | 1 yr | La. Rev. Stat. § 51:1409(E) | 10 yrs | La. Civ. Code art. 3499 |
| Maine | 6 yrs | Me. Rev. Stat. tit. 14, § 752 | 6 yrs | Me. Rev. Stat. tit. 14, § 752 | 6 yrs | Me. Rev. Stat. tit. 14, § 752 |
| Maryland | n/a | | n/a | | 3 yrs | Md. Code, Cts. & Jud. Proc. § 5-101 |
| Massachusetts | 4 yrs | Mass. Gen. Laws ch. 93, § 13 | 4 yrs | Mass. Gen. Laws ch. 260, § 5A | 3 yrs | *Epstein v. C.R. Bard, Inc.*, No. CIV.A.03-12297-RWZ, 2004 WL 1598912, at *3 (D. Mass. July 19, 2004) |
| Michigan | 4 yrs | Mich. Comp. Laws § 445.781 | 6 yrs | Mich. Comp. Laws § 445.911(7) | 6 yrs | Mich. Comp. Laws § 600.5807 |

# APPENDIX A – Limitation Periods for Humana's State Law Claims

| State | Antitrust Statute (Counts II, III) SOL Period | Citation | Consumer Protection Statute (Count III) SOL Period | Citation | Unjust Enrichment (Count V) SOL Period | Citation |
|---|---|---|---|---|---|---|
| Minnesota | 4 yrs | Minn. Stat. § 325D.64, subd. 1 | 4 yrs | Minn. Stat. § 325D.64, subd. 1 | 6 yrs | Minn. Stat. § 541.05 |
| Mississippi | 3 yrs | Miss. Code § 15-1-49(1) | 3 yrs | Miss. Code § 15-1-49(1) | 3 yrs | Miss. Code § 15-1-49 |
| Missouri | n/a | | 5 yrs | Mo. Stat. § 516.120 | 5 yrs | Mo. Stat. § 516.120 |
| Montana | n/a | | n/a | | 3 yrs | Mont. Code § 27-2-202 |
| Nebraska | 4 yrs | Neb. Rev. Stat. § 25-212 | 4 yrs | Neb. Rev. Stat. § 59-1612 | 4 yrs | *Paltani v. Ltd. Fill Corp.*, No. A-10-951, 2011 WL 2724269, at *5 (Neb. Ct. App. July 12, 2011) |
| Nevada | 4 yrs | Nev. Rev. Stat. § 598A.220(1), (2)(a) | 4 yrs | Nev. Rev. Stat. § 11.190(2)(d) | 4 yrs | *Wilmington Sav. Fund Soc'y, FSB v. SFR Investments Pool 1, LLC*, No. 217CV00082RFBGWF, 2019 WL 1412104, at *4 (D. Nev. Mar. 28, 2019) |
| New Hampshire | 4 yrs | N.H. Rev. Stat. § 356:12(II) | 3 yrs | N.H. Rev. Stat. § 358-A:3(IV-a) | 3 yrs | N.H. Rev. Stat. § 508:4 |
| New Jersey | n/a | | n/a | | 6 yrs | *Spellman v. Express Dynamics, LLC*, 150 F. Supp. 3d 378, 391 (D.N.J. 2015) |

# APPENDIX A – Limitation Periods for Humana's State Law Claims

| State | Antitrust Statute (Counts II, III) SOL Period | Citation | Consumer Protection Statute (Count III) SOL Period | Citation | Unjust Enrichment (Count V) SOL Period | Citation |
|---|---|---|---|---|---|---|
| New Mexico | 4 yrs | N.M. Stat. § 57-1-12(B) | 4 yrs | N.M Stat. § 37-1-4 | 4 yrs | N.M. Stat. § 37-1-4 |
| New York | 4 yrs | N.Y. Gen. Bus. Law § 340(5) | 3 yrs | N.Y. C.P.L.R. § 214(2) | 3 yrs | *In re Libor-Based Fin. Instruments Antitrust Litig.*, No. 11 MDL 2262 NRB, 2015 WL 4634541, at *148 (S.D.N.Y. Aug. 4, 2015) |
| North Carolina | 4 yrs | N.C. Gen. Stat. § 75-16.2 | 4 yrs | N.C. Gen. Stat. § 75-16.2 | 3 yrs | N.C. Gen. Stat. § 1-52 |
| North Dakota | 4 yrs | N.D. Cent. Code § 51-08.1-10(2) | 6 yrs | N.D. Cent. Code § 28-01-16 | 6 yrs | N.D. Cent. Code § 28-01-16 |
| Ohio | No Claims Asserted | | | | | |
| Oklahoma | n/a | | n/a | | 2 yrs | *Hitch Enterprises, Inc. v. Cimarex Energy Co.*, 859 F. Supp. 2d 1249, 1270 (W.D. Okla. 2012) |
| Oregon | 4 yrs | Or. Rev. Stat. § 646.800(2) | 1 yr | Or. Rev. Stat. § 646.638(6) | 2 yrs | *Htaike v. Sein*, 344 P.3d 527, 534 (Or. Ct. App. 2015) |
| Pennsylvania | n/a | | 6 yrs | 42 Pa. Cons. Stat. § 5527 | 4 yrs | 42 Pa. Cons. Stat. § 5525 |
| Puerto Rico | 4 yrs | P.R. Laws tit. 10, § 268(c) | n/a | | 1 yr | P.R. Laws tit. 31, § 5298 |

# APPENDIX A – Limitation Periods for Humana's State Law Claims

| State | Antitrust Statute (Counts II, III) SOL Period | Citation | Consumer Protection Statute (Count III) SOL Period | Citation | Unjust Enrichment (Count V) SOL Period | Citation |
|---|---|---|---|---|---|---|
| Rhode Island | 4 yrs | R.I. Gen. Laws § 6-36-23 | n/a | | 3 yrs | *Moore v. Metro. Grp. Prop. & Cas. Ins. Co.*, No. CA 10-212ML, 2010 WL 5069856, at *8 (D.R.I. Dec. 6, 2010) |
| South Carolina | n/a | | 3 yrs | S.C. Code § 39-5-150 | 3 yrs | S.C. Code § 15-3-530 |
| South Dakota | 4 yrs | S.D. Codified Laws § 37-1-14.4 | 4 yrs | S.D. Codified Laws § 37-24-33 | 6 yrs | S.D. Codified Laws § 15-2-13 |
| Tennessee | n/a | | n/a | | 3 yrs | *Precision Tracking Sols., Inc. v. Spireon, Inc.*, No. 3:12-CV-00626-PLR-CCS, 2014 WL 3058396, at *4-5 (E.D. Tenn. July 7, 2014) |
| Texas | n/a | | n/a | | 2 yrs | *Robinson v. Texas Auto. Dealers Ass'n*, No. 5:97-CV-273, 2003 WL 21767954, at *3 (E.D. Tex. Mar. 27, 2003) |
| Utah | 4 yrs | Utah Code Ann. § 76-10-3117 | 2 yrs | Utah Code § 13-11-19(8) (repealed May 8, 2018) | 4 yrs | Utah Code § 78B-2-307 |

## APPENDIX A – Limitation Periods for Humana's State Law Claims

| State | Antitrust Statute (Counts II, III) | | Consumer Protection Statute (Count III) | | Unjust Enrichment (Count V) | |
|---|---|---|---|---|---|---|
| | SOL Period | Citation | SOL Period | Citation | SOL Period | Citation |
| Vermont | 6 yrs | Vt. Stat. tit. 12, § 511 | 6 yrs | Vt. Stat. tit. 12, § 511 | 6 yrs | Vt. Stat. tit. 12, § 511 |
| Virginia | n/a | | 2 yrs | Va. Code § 59.1-204.1(A) | 3 yrs | *E. W., LLC v. Rahman*, 873 F. Supp. 2d 721, 730 (E.D. Va. 2012) |
| Washington | n/a | | n/a | | 3 yrs | *Seattle Prof'l Eng'g Emps.' Ass'n v. Boeing Co.*, 991 P.2d 1126, 1133 (Wash. 2000) |
| West Virginia | 4 yrs | W. Va. Code § 47-18-11 | 4 yrs | *Harper v. Jackson Hewitt, Inc.*, 706 S.E. 2d 63, 74 (W. Va. 2010) | laches | *Dunn v. Rockwell*, 689 S.E. 2d 255, 267 n.11, 273 n.18 (W. Va. 2009) |
| Wisconsin | 6 yrs | Wis. Stat. § 133.18(2) | 3 yrs | Wis. Stat. § 100.18(11)(b)(3) | 6 yrs | *Stapel v. Stapel*, 789 N.W.2d 753 (Wis. 2010) |
| Wyoming | n/a | | 1 yr | Wyo. Stat. § 40-12-109 | 4 yrs | *Platt v. Creighton*, 150 P.3d 1194, 1200 (Wyo. 2007) |