## APPENDIX B – Continuing Violation Doctrine

| State | Applicability of Continuing Violation Doctrine | Citation |
|---|---|---|
| Arkansas | Not recognized | *Chalmers v. Toyota Motor Sales, USA, Inc.*, 935 S.W.2d 258, 264 (Ark. 1996) ("[T]he continuing-tort theory is not recognized in Arkansas."). |
| Colorado | Not recognized | *Tara Woods Ltd. P'ship v. Fannie Mae*, 731 F. Supp. 2d 1103, 1120 (D. Colo. 2010), *aff'd*, 566 F. App'x 681 (10th Cir. 2014) ("Colorado limits the application of the 'continuing violation' doctrine to employment discrimination cases." (citing *Polk v. Hergert Land & Cattle Co.*, 5 P.3d 402, 405 (Colo. App. 2000))). |
| Delaware | Only applies to continuing acts within the limitations period | *Acierno v. Goldstein*, No. CIV.A. 20056-NC, 2005 WL 3111993, at *5 (Del. Ch. Nov. 16, 2005). |
| District of Columbia | Only applies to continuing acts within the limitations period | *Ford v. Md. Att'y Gen.*, No. 17-2525 (ABJ), 2018 WL 5251742, at *7 (D.D.C. Oct. 22, 2018) ("While the effects [of a single gas leak] may be ongoing, this by itself is not enough to delay the accrual of a . . . cause of action." (internal quotation and citation omitted)). |
| Maryland | Only applies to continuing acts within the limitations period | *Holley v. Baltimore City Bd. of Sch. Comm'rs*, 223 Md. App. 768, 2015 WL 5944169, at *4 (Md. Ct. Spec. App. 2015). |
| Massachusetts | Only applies to continuing acts within the limitations period | *Monteferrante v. Williams-Sonoma, Inc.*, 241 F. Supp. 3d 264, 272 (D. Mass. 2017). |
| Mississippi | Only applies to continuing acts within the limitations period | *Smith v. Franklin Custodian Funds, Inc.*, 726 So. 2d 144, 148 (Miss. 1998). |
| New York | Only applies to continuing acts within the limitations period | *In re Lamictal Indirect Purchaser & Antitrust Consumer Litig.*, 172 F. Supp. 3d 724, 743 (D.N.J. 2016) (applying New York law) ("purchases of generic and branded [drugs] at artificially inflated prices . . . are more appropriately viewed as the 'continuing effects' of the allegedly unlawful settlement agreement" and thus "the continuing violation doctrine does not toll the running of the limitations period"). |

## APPENDIX B – Continuing Violation Doctrine

| State | Applicability of Continuing Violation Doctrine | Citation |
|---|---|---|
| North Carolina | Only applies to continuing acts within the limitations period | *TaiDoc Tech. Corp. v. OK Biotech Co.*, No. 12 CVS 20909, 2016 WL 1221425, at *17 (N.C. Super. Mar. 28, 2016). |
| Puerto Rico | Only applies to continuing acts within the limitations period | *Torres v. Hosp. San Cristobal*, 831 F. Supp. 2d 540, 544 (D.P.R. 2011). |
| Rhode Island | Only applies to continuing acts within the limitations period | *Croce v. State, Office of Adjutant Gen.*, 881 A.2d 75, 79 (R.I. 2005). |
| Washington | Only applies to continuing acts within the limitations period | *Snider v. Town of Rainier*, 112 Wash. App. 1036, 2002 WL 1486647, at *6 (2002). |