# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HUMANA INC., <br><br> Plaintiff, <br><br> v. <br><br> CELGENE CORPORATION, <br><br> Defendant. | Civil No. 2:19-CV-07532-ES-MAH <br><br> **ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |

**THIS MATTER** having been brought before the Court by Defendant Celgene Corporation's Motion to Dismiss; upon notice to counsel for Plaintiff; and the Court having considered all of the papers submitted and the oral arguments of the parties; and for good cause shown;

**IT IS** on this _____ day of _____, 2019,

**ORDERED** and **ADJUDGED** as follows:

That Defendant Celgene Corporation's Motion to Dismiss is hereby **GRANTED**, as described and set forth in the Court's opinion and decision dated _____, 2019 (Dkt. No. ____).

_____
**HONORABLE ESTHER SALAS**
**UNITED STATES DISTRICT JUDGE**