Daniel R. Guadalupe (drguadalupe@norris-law.com)
**NORRIS McLAUGHLIN, P.A.**
721 Route 202/206, Suite 200
P.O. Box 5933
Bridgewater, New Jersey 08807
(908) 722-0700
Fax: (908) 722-0755

John E. Schmidtlein (jschmidtlein@wc.com)
Benjamin M. Greenblum (bgreenblum@wc.com)
Admitted *pro hac vice*
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000

*Attorneys for Defendant Celgene Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| HUMANA INC., | Civil No. 2:19-CV-07532-ES-MAH<br>Hon. Esther Salas, U.S.D.J.<br>Hon. Michael A. Hammer, U.S.M.J. |
| Plaintiff, | **CERTIFICATION OF SERVICE** |
| v. | Motion Date: Date and Time as<br>Determined by the Court |
| CELGENE CORPORATION, | |
| Defendant. | **DOCUMENT FILED**<br>**ELECTRONICALLY** |

**DANIEL R. GUADALUPE**, of full age, certified as follows:

1.      I am an attorney-at-law of the State of New Jersey and am a member of

the law firm of Norris, McLaughlen, P.A., attorneys for defendant Celgene

Corporation in this matter.

2.      I hereby certify that, on this 22nd day of May, 2019, the following

unredacted documents were electronically filed with the Clerk of the Court in

connection with Defendant Celgene's Motion to Dismiss.

      A. Notice of Motion;

      B. Memorandum in Support of Celgene's Motion to Dismiss;

      C. Declaration of Benjamin M. Greenblum and exhibits thereto;

      D. Certification of Daniel R. Guadalupe attaching Unpublished

      Opinions;

      E. Proposed Order; and

      F. Certification of Service.

3.      I hereby certify that, on May 22, 2019, I served the aforementioned

Documents via ECF and PDF email on the following parties:

      Uriel Rabinovitz (urabinovitz@lowey.com)
      Peter D. St. Phillip, Jr. (pstphillip@lowey.com)
      **LOWEY DANNENBERG, PC**
      44 South Broadway, Suite 1100
      White Plains, NY 10601
      914-997-0500

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

/s/ Daniel R. Guadalupe

Dated: May 22, 2019