Daniel R. Guadalupe (dguadalupe@pashmanstein.com)
**PASHMAN STEIN WALDER HAYDEN, P.C.**
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ 07601
Telephone: (201) 488-8200

John E. Schmidtlein (jschmidtlein@wc.com) (admitted *pro hac vice*)
David S. Kurtzer-Ellenbogen (dkurtzer@wc.com) (admitted *pro hac vice*)
Benjamin M. Greenblum (bgreenblum@wc.com) (admitted *pro hac vice*)
Carol J. Pruski (cpruski@wc.com) (admitted *pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Ave SW
Washington, DC 20024
Telephone: (202) 434-5000

*Attorneys for Defendants Celgene Corporation and Bristol-Myers Squibb Company*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HUMANA INC., <br><br> Plaintiff, <br><br> v. <br><br> CELGENE CORPORATION AND ZBRISTOL-MYERS SQUIBB COMPANY, <br><br> Defendants. | Case No. 19-cv-7532-ES-MAH |
| UNITED HEALTHCARE SERVICES, INC., <br><br> Plaintiff, <br><br> v. | Case No. 20-cv-18531-ES-MAH |

| | |
|---|---|
| CELGENE CORPORATION,<br><br>                Defendant. | |
| BCBSM, INC., HEALTH CARE SERVICE CORPORATION, AND BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.,<br><br>                Plaintiffs,<br><br>v.<br><br>CELGENE CORPORATION and BRISTOL-MYERS SQUIBB COMPANY,<br><br>                Defendants. | Case No. 21-cv-6668-ES-MAH |
| BLUE CROSS AND BLUE SHIELD ASSOCIATION, IN ITS CAPACITY AS THE CARRIER FOR THE SERVICE BENEFIT PLAN, A/K/A THE "FEDERAL EMPLOYEE PROGRAM," A FEDERAL EMPLOYEE HEALTH BENEFITS ACT PLAN,<br><br>                Plaintiff,<br>v.<br><br>CELGENE CORPORATION AND BRISTOL-MYERS SQUIBB COMPANY,<br><br>                Defendants. | Case No. 21-cv-10187-ES-MAH |
| CIGNA CORP.,<br><br>                Plaintiff, | Case No. 21-cv-11686-ES-MAH |

2

|   |   |
|---|---|
| v.  |   |
| CELGENE CORPORATION AND BRISTOL-MYERS SQUIBB COMPANY, |   |
| Defendants. |   |
| MSP RECOVERY CLAIMS, SERIES LLC.; MSPA CLAIMS 1, LLC; MAO-MSO RECOVERY II, LLC, SERIES PMPI, a segregated series of MAO-MSO RECOVERY II, LLC; MSP RECOVERY CLAIMS SERIES 44, LLC, MSP RECOVERY CLAIMS PROV, SERIES LLC, and MSP RECOVERY CLAIMS CAID, SERIES LLC, | Case No. 21-cv-20451-ES-MAH |
| Plaintiffs, |   |
| v. |   |
| CELGENE CORPORATION, BRISTOL-MYERS SQUIBB COMPANY, CHRONIC DISEASE FUND D/B/A GOOD DAYS FUND, AND PATIENT ACCESS NETWORK FOUNDATION, |   |
| Defendants. |   |

3

| | |
|---|---|
| MOLINA HEALTHCARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CELGENE CORPORATION AND BRISTOL-MYERS SQUIBB COMPANY <br><br> Defendants. | Case No. 22-cv-04561-ES-MAH <br><br> HON. ESTHER SALAS, U.S.D.J. <br> HON. MICHAEL A. HAMMER, U.S.M.J. <br><br> **NOTICE OF MOTION TO DISMISS THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)** <br><br> Motion Date: Date and Time as Determined by the Court <br><br> **ORAL ARGUMENT REQUESTED** <br><br> **DOCUMENT TO BE FILED ELECTRONICALLY** |

TO:

**LOWEY DANNENBERG, PC**
Peter St. Phillip (NJ ID 025031993)
Noelle Ruggiero (admitted *pro hac vice*)
Uriel Rabinovitz (NJ ID 019432010)
Thomas Griffith (*pro hac vice* forthcoming)
44 South Broadway, Suite 1100
White Plains, NY 10601-2310
Tel: (914) 997-0500
pstphillip@lowey.com
nruggiero@lowey.com
urabinovitz@lowey.com
tgriffith@lowey.com

*Counsel for Plaintiffs Humana Inc., Cigna Inc., Blue Cross and Blue Shield Association, BCBSM, Inc., Health Care Service Corporation, Blue Cross and Blue Shield of*

**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**
Todd Schneider (admitted *pro hac vice*)
Jason Kim (admitted *pro hac vice*)
Matt Weiler (admitted *pro hac vice*)
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel: (415) 421-7100
TSchneider@schneiderwallace.com
JKim@schneiderwallace.com
MWeiler@schneiderwallace.com

*Counsel for Plaintiffs Humana Inc., BCBSM, Inc., Health Care Service Corporation, Blue Cross and Blue Shield of Florida, Inc., and Molina Healthcare, Inc.*

4

*Florida, Inc., and Molina Healthcare, Inc.*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Thomas M. Sobol (*pro hac vice* forthcoming)
Kristen A. Johnson (*pro hac vice* forthcoming)
Whitney E. Street (*pro hac vice* forthcoming)
Gregory Arnold (*pro hac vice* forthcoming)
1 Faneuil Hall Sq., Fifth Floor
Boston, MA 02109
Tel: (617) 482-3700
tom@hbsslaw.com
kristenj@hbsslaw.com
whitneys@hbsslaw.com
grega@hbsslaw.com

*Counsel for Plaintiff Cigna Corporation*

**ZELLE LLP**
Elizabeth V. Kniffen (admitted *pro hac vice*)
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
Tel: (612) 339-2020
ekniffen@zellelaw.com

Judith A. Zahid (admitted *pro hac vice*)
Eric W. Buetzow (admitted *pro hac vice*)
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Tel: (415) 693-0700
jzahid@zellelaw.com
ebuetzow@zellelaw.com

James R. Martin (admitted *pro hac vice*)
Jennifer Hackett Duncan (admitted *pro*

**BOIES SCHILLER FLEXNER LLP**
Hamish H.P. Hume (admitted *pro hac vice*)
Kyle Smith (admitted *pro hac vice*)
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 895-7580
hhume@bssfllp.com
ksmith@bssflp.com

Edward H. Takashima (admitted *pro hac vice*)
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Tel: (310) 752-2408
etakashima@bsfllp.com

*Counsel for Plaintiff United Healthcare Services, Inc.*

**SANTOMASSIMO DAVIS LLP**
Anthony J. Davis
Brian E. Moffett
One Gatehall Drive, Suite 100
Parsippany, NJ 07054
Tel: 201-712-1616

adavis@ogcsolutions.com
bmoffit@ogcsolutions.com

*Counsel for Plaintiffs MSP Recovery Claims, Series LLC et al.*

5

*hac vice*)
1775 Pennsylvania Avenue, NW, Suite 375
Washington, DC 20006
Tel: (202) 899-4100
jmartin@zellelaw.com
jhackett@zellelaw.com

*Counsel for Plaintiff United Healthcare Services, Inc.*

**MSP RECOVERY LAW FIRM**
Robert Strongarone (*pro hac vice*)
John W. Cleary (*pro hac vice* forthcoming)
Aida M. Landa (*pro hac vice*)
2701 South Le Jeune Road
Coral Gables, FL 33134
Tel: (305) 614-2222
alanda@msprecoverylawfirm.com
jcleary@msprecoverylawfirm.com
serve@msprecoverylawfirm.com

**AKEEL & VALENTINE, PLC**
Shereef H. Akeel (*pro hac vice*)
Adam Akeel (*pro hac vice*)
Daniel W. Cermak (*pro hac vice*)
888 West Big Beaver Road, Suite. 420
Troy, MI 48084
Tel: (248) 269-9595
shereef@akeelvalentine.com
adam@akeelvalentine.com
daniel@akeelvalentine.com

*Counsel for Plaintiffs MSP Recovery Claims, Series LLC et al.*

**PLEASE TAKE NOTICE** that on a date to be determined by the Court, the undersigned, attorneys for Defendants Celgene Corporation and Bristol-Myers Squibb Company, will move to dismiss before the District Court, at the United States District

Court, District of New Jersey, Martin Luther King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, all counts alleged in the operative complaints filed by Plaintiffs in the above-captioned cases, pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendants will rely upon their Memorandum of Law in Support of Their Motion to Dismiss and Appendices thereto; the Certification of Daniel R. Guadalupe attaching Unpublished Opinions; and the Certification of Service, all submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 78.1(b), Defendants request oral argument.

Dated: August 26, 2022                 Respectfully Submitted

*/s/ Daniel Guadalupe*
Daniel Guadalupe (NJ ID 014581986)
PASHMAN STEIN WALDER HAYDEN, P.C.
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ 07601
Tel: 201-488-8200
Email: dguadalupe@pashmanstein.com

John E. Schmidtlein (*pro hac vice*)
David S. Kurtzer-Ellenbogen (*pro hac vice*)

7

                                                Benjamin M. Greenblum (*pro hac vice*)
                                                Carol J. Pruski (*pro hac vice*)
                                                WILLIAMS & CONNOLLY LLP
                                                680 Maine Avenue, SW
                                                Washington, DC 20024
                                                Tel: 202-434-5000
                                                jschmidtlein@wc.com
                                                dkurtzer@wc.com
                                                bgreenblum@wc.com
                                                cpruski@wc.com

                                                *Counsel for Defendant Celgene Corp.*