# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **IN RE REVLIMID & THALOMID PURCHASER ANTITRUST LITIGATION** | Civil Action No. 19-7532 (ES) (MAH) |
| **WALGREEN CO., et al.**,<br><br>Plaintiffs,<br><br>v.<br><br>**CELGENE CORPORATION, et al.**,<br><br>Defendants. | Civil Action No. 22-6440 (ES) (MAH) |
| **FRATERNAL ORDER OF POLICE, MIAMI LODGE 20, INSURANCE TRUST FUND, et al.**,<br><br>Plaintiffs,<br><br>v.<br><br>**CELGENE CORPORATION, et al.**,<br><br>Defendants. | Civil Action No. 22-6694 (ES) (MAH)<br><br>**ORDER CONSOLDATING CASES** |

**THESE CAUSES** came before the Court upon Rule 16 conferences held on the record on January 24, 2023 in the Fraternal Order of Police (Civ. No. 22-6694) and Walgreen (Civ. No. 22-6440) cases. The Court having heard the argument of counsel, and being otherwise fully advised, and for the reasons set forth on the record,

**IT IS** on this **24th** DAY of **JANUARY** 2023,

**ORDERED THAT**:

1. *Walgreen* and *Fraternal Order of Police* are consolidated with the already-consolidated Insurer Opt-Out Action, Civil Action No. 19-7532 (ES), (together, the "Consolidated Actions") for pretrial purposes, pursuant to Rule 42(a). Without limiting the generality of the foregoing, any discovery produced by any defendant in any of the Consolidated Actions shall be produced to all plaintiffs in all Consolidated Actions, and any discovery produced by any plaintiff in any of the Consolidated Actions shall be produced to all defendants in all Consolidated Actions.

   The Clerk of Court is directed to consolidate *Walgreen* and *Fraternal Order of Police* with the Consolidated Actions, Civil Action No. 19-7532 designated as the Lead Docket Number.

2. Every pleading in the Consolidated Actions shall bear the following caption:

**UNITED STATED DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| In re Revlimid & Thalomid Purchaser Antitrust Litigation | Case No. 2:19-cv-7532-ES-MAH |
|---|---|
| This Document Relates To: | |

3. The Parties reserve and do not waive any rights to seek or oppose any consolidated trial pursuant to Rule 42(b).

4. Should any party believe that consolidation will result in any undue delay or prejudice to that party, that party may seek relief notwithstanding this Order (including severance or a stay).

5. When a pleading or other court paper filed is intended to apply to one, or some, but not all, of the Consolidated Actions, the party filing the document shall file the document on the Lead Docket and indicate the action(s) to which the document is intended to apply. Otherwise, all filings will be deemed to apply to all Consolidated Actions.

6. For avoidance of doubt, an attorney seeking to appear pro hac vice in any of the Consolidated Actions need file an application to make such an appearance on only the Lead Docket.

7. The Court takes no position at this time on any request to stay.  Not later than **February 7, 2023**, any party wishing to be heard on whether this Court should stay discovery during the pendency of forthcoming motions to dismiss in the *Walgreen* and *Fraternal Order of Police* actions shall file a letter brief not to exceed ten (10) double-spaced pages.

            **SO ORDERED:**

               *s/ Michael A. Hammer*_____
               **Hon. Michael A. Hammer**
               **United States Magistrate Judge**