**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE REVLIMID & THALOMID PURCHASER ANTITRUST LITIGATION | Case No. 2:19-cv-07532 |
| FRATERNAL ORDER OF POLICE, MIAMI LODGE 20, INSURANCE TRUST FUND; *et al.*,   *Plaintiffs*, v.  CELGENE CORPORATION, BRISTOL-MYERS SQUIBB COMPANY and TEVA PHARMACEUTICALS USA, INC.,   *Defendants*. | Case No. 2:22-cv-06694  **ORDER ADMITTING MARTIN AMARO, EAMON P.  KELLY, DAVID LESHT, AND JOSEPH M. VANEK *PRO HAC VICE*** |

WHEREAS, this Court, having reviewed the materials submitted in support of the application to admit Martin Amaro, Eamon P. Kelly, David Lesht, and Joseph M. Vanek, *pro hac vice*, in the above-entitled matter, it is hereby ORDERED that:

1.     Martin Amaro, Eamon P. Kelly, David Lesht, and Joseph M. Vanek are admitted *pro hac vice* to appear in this matter on behalf of Plaintiffs;

2.     Martin Amaro, Eamon P. Kelly, David Lesht, and Joseph M. Vanek shall abide by the rules of this Court and the rules governing the Courts of the State of New Jersey, including all disciplinary rules and Local Civil Rule 101.1(c);

3.     Martin Amaro, Eamon P. Kelly, David Lesht, and Joseph M. Vanek shall notify this Court of any matter affecting their standing at the bar of any court;

4.     Martin Amaro, Eamon P. Kelly, David Lesht, and Joseph M. Vanek shall have all pleadings, briefs, and other papers filed with the Court signed by an attorney-of-record

authorized to practice in this State and before this Court, who shall be held responsible for them

and for the conduct of the attorney admitted *pro hac vice*;

       5.      Martin Amaro, Eamon P. Kelly, David Lesht, and Joseph M. Vanek shall make

payment of $150.00 each to the Clerk of the United States District Court in accordance with

Local Civil Rule 101.1(c)(3), within twenty (20) days of entry of this Order; and

       6.      Martin Amaro, Eamon P. Kelly, David Lesht, and Joseph M. Vanek shall comply

with the obligations of any attorney admitted to practice in this Court, and shall make payment to

the New Jersey Lawyers' Fund for client protection as provided by New Jersey Court Rule 1:28-

2(a).

IT IS SO ORDERED.


Dated: 3/3/23                                s/ Michael A. Hammer
                                            Hon. Michael A. Hammer
                                            United States Magistrate Judge
                                            District of New Jersey