UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE REVLIMID & THALOMID PURCHASER ANTITRUST LITIGATION | : : : : : : | Civil Action No. 19-7532 (ES) (MAH) |
| MSP RECOVERY CLAIMS, SERIES LLC, et al., | : : : : | Civil Action No. 21-20451 (ES) (MAH) |
| Plaintiffs, | : : | |
| v. | : : : | ORDER |
| CELGENE CORPORATION, et al., | : : : | |
| Defendants. | : : | |

This matter having come before the Court for a status conference held on the record on June 9, 2023;

and for the reasons discussed on the record;

and for good cause shown;

**IT IS** on this **9th day of June 2023**,

**ORDERED** that not later than **July 17, 2023**, the parties shall file a joint status report that identifies the discovery disputes the parties have been able to resolve, those ongoing disputes that they have been unable to resolve and require Court intervention, as well as their proposed candidates for Special Discovery Master. With respect to the issues in dispute that the parties are unable to resolve, the Court does not require fulsome briefing. However, the parties shall provide the Court with sufficient detail of each issue in dispute such that the Court will be

able to ascertain the scope of the dispute.; and it is further

**ORDERED** that the next call in this case will be held on **August 30, 2023 at 3:00 p.m.** Counsel shall dial **1-888-684-8852** and enter access code **1456817#** to join the call; and it is further

**ORDERED** that not later than **August 23, 2023**, the parties shall file a joint agenda for the August 30, 2023 status conference.

.

s/ Michael A. Hammer<br>
**UNITED STATES MAGISTRATE JUDGE**