

**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

July 10, 2023

**VIA ECF**
Honorable Michael A. Hammer, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:   *In re Revlimid & Thalomid Purchaser Antitrust Litig.*
             **Civil Action No.: 19-cv-7532 (ES-MAH)**

Dear Judge Hammer:

    This firm, together with Kirkland & Ellis LLP, represents Defendants Natco Pharma Limited and Teva Pharmaceuticals USA, Inc. (together "Natco Defendants") in the above-referenced matter. Pursuant to Local Civil Rule 101.1(c), Natco Defendants submit this informal application for the *pro hac vice* admission of Vera C. Esses and Kristopher P. Morton of the law firm Kirkland & Ellis LLP in this matter. Counsel for the parties consent to this application.

    In support of this application, enclosed please find the following:

- Certification of Vera C. Esses;
- Certification of Kristopher P. Morton;
- Certification of Liza M. Walsh in support of the application for the *pro hac vice* admission; and
- Proposed Consent Order Granting the *pro hac vice* admission.

    Should the enclosed proposed form of Order meet with Your Honor's approval, we respectfully request that it be entered. Of course, should Your Honor or Your Honor's staff have any questions regarding the within informal application, we are always available.

    We thank the Court for its kind attention to this matter.

                                Respectfully submitted,

                                *s/Liza M. Walsh*

                                Liza M. Walsh

Honorable Michael A. Hammer, U.S.M.J.
July 10, 2023
Page 2

Enclosure
cc:	All Counsel of Record (via ECF and E-Mail)