May 27, 2026

SO ORDERED.
s/ Michael E. Farbiarz
Michael E. Farbiarz, U.S.D.J.
Date: 5/28/26

<u>Via CM/ECF</u>

Hon. Michael E. Farbiarz, U.S.D.J.
United States District Court, District of New Jersey
MLK Jr. Building & U.S. Courthouse, 50 Walnut Street
Newark, NJ 07102

   Re: *In re Revlimid & Thalomid Purchaser Antitrust Litig.*, No. 19-cv-7532-MEF-MAH
     *United HealthCare Svcs., Inc. v. Celgene Corp.*, No. 20-cv-18531-MEF-MAH

Dear Judge Farbiarz,

   Attached as Exhibit A to this letter, please find an *amicus* brief transmitted by the Minnesota Attorney General, in response to the Court's Opinion and Order, ECF Nos. 581 & 582, to counsel for Celgene Corporation and United HealthCare Services, Inc., dated May 22, 2026.

   The parties hereby respectfully request leave to each file a responsive letter brief of no more than three pages by June 5, 2026 or such date as the Court directs.

   Respectfully submitted,

/s/ Eric W. Buetzow
Judith A. Zahid
Eric W. Buetzow
**ZELLE LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
(415) 693-0700
ebuetzow@zellelaw.com

Hamish P.M. Hume
Michael S. Mitchell
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, D.C. 20005
Telephone: (202) 895-7580
hhume@bsfllp.com
mmitchell@bsfllp.com

*Counsel for Plaintiff United HealthCare Services, Inc.*

/s/ Daniel R. Guadalupe
Daniel R. Guadalupe
**Pashman Stein Walder Hayden, P.C.**
Court Plaza South, 21 Main Street, Suite 200
Hackensack, NJ 07601
(201) 488-8200
dguadalupe@pashmanstein.com

Benjamin M. Greenblum
**Williams & Connolly LLP**
680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5000
bgreenblum@wc.com

*Counsel for Defendants Celgene Corporation and Bristol-Myers Squibb Company*